IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 121-001 |
| | ) | |
| JAMERSON BRANDON TURNER | ) | |

**O R D E R**

Counsel have advised the Court all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 33.) Therefore, a motions hearing is not necessary, and all pending motions are **MOOT**. (Doc. nos. 25-29.)

SO ORDERED this 10th day of May, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA